# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. 6:08CR00034     At Lynchburg Division     Date April 1, 2009

PRESENT: HON Norman K. Moon , JUDGE

| Judy C. Farabee | Carol Jacobs | Jeb T. Terrien |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) David Eisenlohr | (1) Randy V. Cargill |
| ✓ present ___ custody ✓ bond ___ O/R | ✓ present ✓ apptd. ___ retained |
| (2) ___ present ___ custody ___ bond ___ O/R | (2) ___ present ___ apptd. ___ retained |
| (3) ___ present ___ custody ___ bond ___ O/R | (3) ___ present ___ apptd. ___ retained |
| (4) ___ present ___ custody ___ bond ___ O/R | (4) ___ present ___ apptd. ___ retained |
| ___ present ___ custody ___ bond ___ O/R | ___ present ___ apptd. ___ retained |

_____ Case called and continued to _____ for trial.

_____ JURY TRIAL. The Jury impaneled and sworn (see attached list)     ✓ COURT TRIAL

✓ Introduction of evidence for Government begun     concluded;

✓ Motion for judgment of acquittal     ✓ granted     _____ denied     _____ under advisement

_____ Introduction of evidence for defendant begun,     concluded;

_____ Motion for judgment of acquittal renewed     _____ granted     _____ denied     _____ under advisement

_____ Rebuttal evidence;     _____ Surrebuttal evidence;     _____ Evidence concluded

_____ Case continued to _____ for further trial

_____ Closing Arguments     _____ Jury charged by court

_____ Jury retires to deliberate at _____     jury returns at _____

_____ JURY VERDICT. (See signed verdict as to each defendant.     _____ FINDING BY COURT.

(1) Defendant _____     (2) Defendant _____

(3) Defendant _____     (4) Defendant _____

_____ Jury polled.     _____ Polling waived.     _____ Mistrial declared.     _____ Jury discharged.

_____ Motion after verdict.

**JUDGMENT:**     _____ Defendant guilty     _____ Defendant not guilty

_____ Court received Presentence Report.

_____ Copy of Presentence Report not requested.

_____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

_____ Defendant to remain on bond.

_____ Defendant remanded to custody.

_____ Court orders presentence report.

_____ Case continued until _____ 20___ at _____ for sentencing.

_____ SENTENCE IMPOSED

_____ Initials of Deputy Clerk

PAGE 2:

6:08CR00034

USA vs DAVID EISENLOHR

Opening statements by counsel. Government evidence begun, witness: Mary Catherine Glenn Aldridge, Investigator.
Recess.
Cross by Defense Counsel. No redirect. Government evidence continues, witness: Leslie Lauziere, contractor for the government. Previous postal employee & worked in the Attorney General's Office.
Court recessed until 1:00 pm for lunch.

Court back in session. Evidence continues: same witness, Leslie Lauziere. Cross by Defense Counsel. No re direct. Government rests.

Defendant's Motion for Judgment of Acquittal. Statements by counsel.

Court granted Motion for Acquittal and Dismissed Case.

Jennifer Williams, U. S. Probation Officer

Total time in Court: 2 hours 57 minutes                    Judy C. Farabee, Supervisory Deputy Clerk