# United States District Court
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

DAVID EISENLOHR

JUDGMENT OF ACQUITTAL

CASE NUMBER: 6:08CR00034

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 03 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

_____
Signature of Judicial Officer

Norman K. Moon, U. S. District Judge
Name and Title of Judicial Officer

April 1, 2009
Date